# Exhibit 3

Method Claim: 1

| US10055123 | Spirit XT285 Treadmill ("The accused product") |
|---|---|
| 1. A method for changing information via a target communication device by performing a specific interaction, the information originating from a user of a mobile device, the method comprising: | The accused product discloses a method for changing information (e.g., real time workout data, etc.) via a target communication device (e.g., the accused product) by performing a specific interaction (e.g., tapping Bluetooth icon), the information (e.g., real time workout data, etc.) originating from a user (e.g., an owner of the accused product) of a mobile device (e.g., a mobile device with Spirit+ app installed).<br><br>As shown below, the accused product connects with a mobile device having the Spirit+ app installed using Bluetooth. When the user opens the app and connects to the accused product, the accused product transmits workout data, such as workout statistics, heartrate, calories, etc. Further, the mobile device receives and updates the workout data in real time, thereby modifying its existing information (e.g., changing information). |



https://www.spiritfitness.com/residential/treadmills/xt285-treadmill



https://www.spiritfitness.com/spirit-app

https://play.google.com/store/apps/details?id=com.soletreadmills.spirit_v2



https://www.spiritfitness.com/spirit-app



target communication device

https://www.spiritfitness.com/residential/treadmills/xt285-treadmill

As shown below, the accused product continuously transmits data such as workout metrics (e.g., automatically changing information) to the mobile device.

## Explore The SPIRIT+ App

With the SPIRIT+ App, you can plan training, track progress, set your fitness goals, and store all of your training data in one place. Athletes can also gain instant insights during workouts and check real-time stats of their runs, walks, and bike rides.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/

The SPIRIT+ mobile app makes it simple for users to monitor their workouts in real-time – all with in-depth stats and reports. This ensures that athletes always have quick access to the information they need to improve their performance.

https://www.spiritfitness.com/blog/experience-connected-fitness-with-the-spirit-mobile-app/



SPIRIT+

About this app

×

The new SPIRIT+ allows users to access workout records from the treadmill, exercise bike, or elliptical once an SPIRIT+ account is linked to the SPIRIT Fitness equipment.

The key features of the SPIRIT+ include:
*Workout history on the go – sync and review workout history once the SPIRIT+ account is linked to any SPIRIT Fitness equipment
*Access to the in-depth summary of each workout session
*Keep track of the workout progress to stay motivated
*Unlock achievements by reaching your personal fitness milestones

https://play.google.com/store/apps/details?id=com.soletreadmills.spirit_v2

## Learn About Our Integrated Bluetooth Technology

Did you know users can connect directly from their compatible Spirit Fitness equipment to third-party FTMS apps? Bluetooth is integrated within our compatible LCD and ENT consoles on the Spirit Fitness cardio equipment. With integration, you can better track your progress by connecting to a third-party app like Zwift or by exporting workout data to our SPIRIT+ App.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/



mobile device

https://play.google.com/store/apps/details?id=com.soletreadmills.spirit_v2



https://www.spiritfitness.com/spirit-app

| | |
|---|---|
| | <br>https://www.sweatband.com/blogs/active/explore-the-spirit-fitness-training-apps |
| searching, by the mobile device, for the target communication device among at least one communication | The accused product discloses searching, by the mobile device (e.g., a mobile device with Spirit+ app installed), for the target communication device (e.g., the accused product) among at least one communication device (e.g., the accused product) based on a distance (e.g., distance between the mobile device and the accused product) between the at least one communication device (e.g., the accused product) and the mobile device (e.g., a mobile device with Spirit+ app installed). |

| device based on a distance between the at least one communication device and the mobile device; | As shown below, the mobile device searches for the accused product (e.g., target communication device) within a predefined range i.e., 5 feet (e.g., distance) during the pairing process to establish a connection.  https://www.spiritfitness.com/spirit-app |



https://www.spiritfitness.com/spirit-app



https://www.spiritfitness.com/spirit-app

https://play.google.com/store/apps/details?id=com.soletreadmills.spirit_v2

**Which Spirit models have built-in Bluetooth that can pair with Spirit+?** ︿

The following Spirit products include built-in Bluetooth and can pair directly with the Spirit+ app:

Treadmills

- XT285

https://www.spiritfitness.com/spirit-app





To connect a machine with built-in Bluetooth FTMS capabilities to the SPIRIT+ app:

1. Login to the SPIRIT+ app on your mobile device.

2. Tap on the Bluetooth icon in the upper right corner of the app.

3. The app will automatically search for nearby devices/machines that are Bluetooth-enabled in order to connect with them. Stand within 5 feet of your machine to ensure connection.

distance

4. When a device is discovered, you will be notified on the screen and can then pair it to the app.



https://www.spiritfitness.com/spirit-app

**USING THE SPIRIT+ APP**

In order to help you achieve your exercise goals, your new exercise machine comes equipped with a Bluetooth® transceiver that will allow it to interact with selected phones or tablet computers via the Spirit+ App. Just download the free Spirit+ App from the Apple Store or Google Play, and then follow the instructions in the App to sync with your exercise machine.

Press the "DISPLAY" button from the APP to view the display of the current workout data. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. The Spirit + App also allows you to sync your workout data with one of many fitness cloud sites we support: Apple Health, Google Fit, MapMyFitness or Fitbit, with more to come.

1. Download the App by scanning the QR code on the right.
2. Open the App on your device (phone or tablet) and make sure Bluetooth® is enabled on your device (phone or tablet).
3. In the App click the Bluetooth® icon to search for your Spirit + equipment.
4. Under the Bluetooth® scan result list, select the machine for connect. When the App and equipment are synced, the Bluetooth® icon on the equipment's console display will light up. Click "DISPLAY", you may now start using your Spirit + App.
5. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. You will be prompted to sync your data with each available fitness cloud site. Please note, you will have to download the applicable compatible fitness App, such as Apple Health, Google Fit, MapMyFitness, Fitbit, etc., in order for the icon to be active and available.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

| | |
|---|---|
| establishing, by the mobile device, a communication channel with the target communication | The accused product discloses establishing, by the mobile device (e.g., a mobile device with Spirit+ app installed), a communication channel (e.g., a wireless link) with the target communication device (e.g., the accused product), in response to detection of a specified touch gesture (e.g., tapping Bluetooth icon) associated with the mobile device (e.g., a mobile device with Spirit+ app installed). |

| | |
|---|---|
| device, in response to detection of a specified touch gesture associated with the mobile device; | As shown below, when a user taps the Bluetooth button (e.g., touch gesture) on the mobile device with Spirit+ app, it initiates the pairing process. Further, the accused product sends real time workout data, such as workout statistics, heartrate, calories, etc. to the mobile device via the wireless link.<br><br><br><br>https://www.spiritfitness.com/spirit-app |

## Learn About Our Integrated Bluetooth Technology

Did you know users can connect directly from their compatible Spirit Fitness equipment to third-party FTMS apps? Bluetooth is integrated within our compatible LCD and ENT consoles on the Spirit Fitness cardio equipment. With integration, you can better track your progress by connecting to a third-party app like Zwift or by exporting workout data to our SPIRIT+ App.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/

# USING THE SPIRIT+ APP

In order to help you achieve your exercise goals, your new treadmill comes equipped with a Bluetooth® transceiver that will allow it to interact with selected phones or tablet computers via the Spirit+ App. Just download the free Spirit+ App from the Apple Store or Google Play, and then follow the instructions in the App to sync with your treadmill.

Press the "DISPLAY" button from the APP to view the display of the current workout data. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. The Spirit + App also allows you to sync your workout data with one of many fitness cloud sites we support Apple Health, Google Fit, MapMyFitness or Fitbit, with more to come.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

2. Open the App on your device (phone or tablet) and make sure Bluetooth® is enabled on your device (phone or tablet).

3. In the App click the Bluetooth® icon to search for your Spirit + equipment. — touch gesture

4. Under the Bluetooth® scan result list, select the treadmill for connection. When the App and equipment are synced, the Bluetooth® icon on the equipment's console display will light up. Click "DISPLAY", you may now start using your Spirit + App.

5. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. You will be prompted to sync your data with each available fitness cloud site. Please note, you will have to download the applicable compatible fitness App, such as Apple Health, Google Fit, MapMyFitness, Fitbit, etc., for the icon to be active and available.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

| | |
|---|---|
| | To connect a machine with built-in Bluetooth FTMS capabilities to the SPIRIT+ app:<br><br>1. Login to the SPIRIT+ app on your mobile device.<br><br>2. Tap on the Bluetooth icon in the upper right corner of the app. ⟶ **touch gesture**<br><br>3. The app will automatically search for nearby devices/machines that are Bluetooth-enabled in order to connect with them. Stand within 5 feet of your machine to ensure connection.<br><br>4. When a device is discovered, you will be notified on the screen and can then pair it to the app.<br><br>5. Once recognized, your devices will be saved in the 'My Devices' list for future convenience.<br><br>https://www.spiritfitness.com/spirit-app |
| receiving, by the mobile device, data related to the specific interaction from the target communication device; | The accused product discloses receiving, by the mobile device (e.g., a mobile device with Spirit+ app installed), data (e.g., real time workout data, etc.) related to the specific interaction (e.g., tapping the Bluetooth icon) from the target communication device (e.g., the accused product).<br><br>As shown below, the mobile device with Spirit+ app installed receives real time workout data, such as workout statistics, heartrate, calories, etc. from the accused product after connecting via Bluetooth. |

# Explore The SPIRIT+ App

With the SPIRIT+ App, you can plan training, track progress, set your fitness goals, and store all of your training data in one place. Athletes can also gain instant insights during workouts and check real-time stats of their runs, walks, and bike rides.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/

# Learn About Our Integrated Bluetooth Technology

Did you know users can connect directly from their compatible Spirit Fitness equipment to third-party FTMS apps? Bluetooth is integrated within our compatible LCD and ENT consoles on the Spirit Fitness cardio equipment. With integration, you can better track your progress by connecting to a third-party app like Zwift or by exporting workout data to our SPIRIT+ App.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/

# USING THE SPIRIT+ APP

In order to help you achieve your exercise goals, your new treadmill comes equipped with a Bluetooth® transceiver that will allow it to interact with selected phones or tablet computers via the Spirit+ App. Just download the free Spirit+ App from the Apple Store or Google Play, and then follow the instructions in the App to sync with your treadmill.

Press the "DISPLAY" button from the APP to view the display of the current workout data. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. The Spirit + App also allows you to sync your workout data with one of many fitness cloud sites we support Apple Health, Google Fit, MapMyFitness or Fitbit, with more to come.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

|  | 1. Download the App by scanning the QR code on the right.<br><br>2. Open the App on your device (phone or tablet) and make sure Bluetooth® is enabled on your device (phone or tablet).<br><br>3. In the App click the Bluetooth® icon to search for your Spirit + equipment.<br><br>4. Under the Bluetooth® scan result list, select the treadmill for connection. When the App and equipment are synced, the Bluetooth® icon on the equipment's console display will light up. Click "DISPLAY", you may now start using your Spirit + App.<br><br>https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf |
|---|---|

| | |
|---|---|
| | The new SPIRIT+ allows users to access workout records from the treadmill, exercise bike, or elliptical once an SPIRIT+ account is linked to the SPIRIT Fitness equipment.<br>The key features of the SPIRIT+ include:<br>1. Workout history on the go – sync and review workout history once the SPIRIT+ account is linked to any SPIRIT Fitness equipment<br>2. Access to the in-depth summary of each workout session<br>3. Keep track of the workout progress to stay motivated<br>4. Unlock achievements by reaching your personal fitness milestones<br>5. Integrates with Apple Health to sync workouts and record data<br>https://apps.apple.com/us/app/spirit/id1544893774 |
| transmitting, by the mobile device, the data related to the specific interaction to a server; and | The accused product discloses transmitting, by the mobile device (e.g., a mobile device with Spirit+ app installed), the data (e.g., real time workout data, etc.) related to the specific interaction (e.g., tapping The Bluetooth icon) to a server (e.g., a remote Spirit server, cloud, etc.).<br><br>As shown below, the mobile device with the Spirit+ app sends the stored workout data to supported fitness cloud servers. It syncs the workout data in real time. |

## Learn About Our Integrated Bluetooth Technology

Did you know users can connect directly from their compatible Spirit Fitness equipment to third-party FTMS apps? Bluetooth is integrated within our compatible LCD and ENT consoles on the Spirit Fitness cardio equipment. With integration, you can better track your progress by connecting to a third-party app like Zwift or by exporting workout data to our SPIRIT+ App.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/

# USING THE SPIRIT+ APP

In order to help you achieve your exercise goals, your new treadmill comes equipped with a Bluetooth® transceiver that will allow it to interact with selected phones or tablet computers via the Spirit+ App. Just download the free Spirit+ App from the Apple Store or Google Play, and then follow the instructions in the App to sync with your treadmill.

Press the "DISPLAY" button from the APP to view the display of the current workout data. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. The Spirit + App also allows you to sync your workout data with one of many fitness cloud sites we support Apple Health, Google Fit, MapMyFitness or Fitbit, with more to come.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

1. Download the App by scanning the QR code on the right.
2. Open the App on your device (phone or tablet) and make sure Bluetooth® is enabled on your device (phone or tablet).
3. In the App click the Bluetooth® icon to search for your Spirit + equipment.
4. Under the Bluetooth® scan result list, select the treadmill for connection. When the App and equipment are synced, the Bluetooth® icon on the equipment's console display will light up. Click "DISPLAY", you may now start using your Spirit + App.
5. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. You will be prompted to sync your data with each available fitness cloud site. Please note, you will have to download the applicable compatible fitness App, such as Apple Health, Google Fit, MapMyFitness, Fitbit, etc., for the icon to be active and available.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

| | |
|---|---|
| | The new SPIRIT+ allows users to access workout records from the treadmill, exercise bike, or elliptical once an SPIRIT+ account is linked to the SPIRIT Fitness equipment. <br> The key features of the SPIRIT+ include: <br> 1. Workout history on the go – sync and review workout history once the SPIRIT+ account is linked to any SPIRIT Fitness equipment <br> 2. Access to the in-depth summary of each workout session <br> 3. Keep track of the workout progress to stay motivated <br> 4. Unlock achievements by reaching your personal fitness milestones <br> 5. Integrates with Apple Health to sync workouts and record data <br> https://apps.apple.com/us/app/spirit/id1544893774 <br><br> **How does Spirit Fitness equipment connect to apps?**  ✕ <br><br> Spirit machines with built-in Bluetooth FTMS can connect directly to our SPIRIT+ app, which is then able to integrate directly with your favorite fitness apps. Follow the instructions for each app to share workout data from the SPIRIT+ app to your preferred application(s). <br><br> https://www.spiritfitness.com/connectivity |
| permitting the server to update the information | The accused product discloses permitting the server (e.g., remote Spirit server, cloud, etc.) to update the information (e.g., workout data, etc.) originating from the user (e.g., an owner of the accused product) of the mobile device (e.g., a mobile device with Spirit+ app installed) |

| | |
|---|---|
| originating from the user of the mobile device stored in the server or a storage device associated with the server based on the data related to the specific interaction, wherein | stored in the server (e.g., remote Spirit server, cloud, etc.) or a storage device associated with the server based on the data (e.g., workout data, etc.) related to the specific interaction (e.g., tapping Bluetooth icon).<br><br>As shown below, the mobile device with Spirit+ app installed receives real time workout data, such as workout statistics, heartrate, calories, etc. from the accused product after connecting via Bluetooth. It sends the stored workout data to supported fitness cloud servers and syncs the workout data in real time.<br><br>## Learn About Our Integrated Bluetooth Technology<br><br>Did you know users can connect directly from their compatible Spirit Fitness equipment to third-party FTMS apps? Bluetooth is integrated within our compatible LCD and ENT consoles on the Spirit Fitness cardio equipment. With integration, you can better track your progress by connecting to a third-party app like Zwift or by exporting workout data to our SPIRIT+ App.<br><br>https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/ |

# USING THE SPIRIT+ APP

In order to help you achieve your exercise goals, your new treadmill comes equipped with a Bluetooth® transceiver that will allow it to interact with selected phones or tablet computers via the Spirit+ App. Just download the free Spirit+ App from the Apple Store or Google Play, and then follow the instructions in the App to sync with your treadmill.

Press the "DISPLAY" button from the APP to view the display of the current workout data. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. The Spirit +App also allows you to sync your workout data with one of many fitness cloud sites we support Apple Health, Google Fit, MapMyFitness or Fitbit, with more to come.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

1. Download the App by scanning the QR code on the right.
2. Open the App on your device (phone or tablet) and make sure Bluetooth® is enabled on your device (phone or tablet).
3. In the App click the Bluetooth® icon to search for your Spirit + equipment.
4. Under the Bluetooth® scan result list, select the treadmill for connection. When the App and equipment are synced, the Bluetooth® icon on the equipment's console display will light up. Click "DISPLAY", you may now start using your Spirit + App.
5. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. You will be prompted to sync your data with each available fitness cloud site. Please note, you will have to download the applicable compatible fitness App, such as Apple Health, Google Fit, MapMyFitness, Fitbit, etc., for the icon to be active and available.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

| | |
|---|---|
| | The new SPIRIT+ allows users to access workout records from the treadmill, exercise bike, or elliptical once an SPIRIT+ account is linked to the SPIRIT Fitness equipment. <br><br> The key features of the SPIRIT+ include: <br> 1. Workout history on the go – sync and review workout history once the SPIRIT+ account is linked to any SPIRIT Fitness equipment <br> 2. Access to the in-depth summary of each workout session <br> 3. Keep track of the workout progress to stay motivated <br> 4. Unlock achievements by reaching your personal fitness milestones <br> 5. Integrates with Apple Health to sync workouts and record data <br><br> https://apps.apple.com/us/app/spirit/id1544893774 <br><br> **How does Spirit Fitness equipment connect to apps?** ✕ <br><br> Spirit machines with built-in Bluetooth FTMS can connect directly to our SPIRIT+ app, which is then able to integrate directly with your favorite fitness apps. Follow the instructions for each app to share workout data from the SPIRIT+ app to your preferred application(s). <br><br> https://www.spiritfitness.com/connectivity |
| the mobile device is configured to run an application | The accused product discloses the mobile device (e.g., a mobile device with Spirit+ app installed) is configured to run an application program (e.g., Spirit+ app) related to the specific interaction (e.g., tapping Bluetooth icon, etc.) in either in a background or a foreground (e.g., |

| program related to the specific interaction in either in a background or a foreground of the mobile device, and | operates in active screen) of the mobile device (e.g., a mobile device with Spirit+ app installed). <br><br> As shown below, the mobile device runs the Spirit+ app receives real time workout data, and the app operates in the foreground during the process. <br><br>  <br><br> https://www.spiritfitness.com/spirit-app |



https://play.google.com/store/apps/details?id=com.soletreadmills.spirit_v2



https://www.spiritfitness.com/spirit-app

| the target communication device is configured to run a specific interaction related program, the specific interaction related | The accused product discloses the target communication device (e.g., the accused product) is configured to run a specific interaction (e.g. tapping Bluetooth icon) related program (e.g., software module), the specific interaction (e.g., tapping Bluetooth icon) related program (e.g., Spirit+ app) configured to send information (e.g., real time workout data, etc.) to the mobile device (e.g., a mobile device with Spirit+ app installed) in response to the user (e.g., an owner of the accused product) providing an input (e.g., tapping the Bluetooth icon on the mobile device to initiate communication with the accused product) to the target communication device (e.g., the accused product), the information (e.g., real time workout data, etc.) being |

| | |
|---|---|
| program configured to send information to the mobile device in response to the user providing an input to the target communication device, the information being associated with the specific interaction. | associated with the specific interaction (e.g., tapping Bluetooth icon). As shown below, the accused product connects with a mobile device having the Spirit+ app installed using Bluetooth. When the user initiates an action through the Spirit+ app (e.g., selecting the Bluetooth connection option), this input is communicated to the accused product. In response, the accused product sends relevant information, such as workout statistics, heart rate, calories, etc. to the mobile device. This information is received and updated by the Spirit+ app in real time and is synced to supported fitness cloud servers.  https://www.spiritfitness.com/spirit-app |



https://play.google.com/store/apps/details?id=com.soletreadmills.spirit_v2



https://www.spiritfitness.com/spirit-app

As shown below, the accused product continuously transmits data such as workout metrics (e.g., automatically changing information) to the mobile device.

# Explore The SPIRIT+ App

With the SPIRIT+ App, you can plan training, track progress, set your fitness goals, and store all of your training data in one place. Athletes can also gain instant insights during workouts and check real-time stats of their runs, walks, and bike rides.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/

# Learn About Our Integrated Bluetooth Technology

Did you know users can connect directly from their compatible Spirit Fitness equipment to third-party FTMS apps? Bluetooth is integrated within our compatible LCD and ENT consoles on the Spirit Fitness cardio equipment. With integration, you can better track your progress by connecting to a third-party app like Zwift or by exporting workout data to our SPIRIT+ App.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/

# USING THE SPIRIT+ APP

In order to help you achieve your exercise goals, your new treadmill comes equipped with a Bluetooth® transceiver that will allow it to interact with selected phones or tablet computers via the Spirit+ App. Just download the free Spirit+ App from the Apple Store or Google Play, and then follow the instructions in the App to sync with your treadmill.

Press the "DISPLAY" button from the APP to view the display of the current workout data. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. The Spirit + App also allows you to sync your workout data with one of many fitness cloud sites we support Apple Health, Google Fit, MapMyFitness or Fitbit, with more to come.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

1.  Download the App by scanning the QR code on the right.
2.  Open the App on your device (phone or tablet) and make sure Bluetooth® is enabled on your device (phone or tablet).
3.  In the App click the Bluetooth® icon to search for your Spirit + equipment.
4.  Under the Bluetooth® scan result list, select the treadmill for connection. When the App and equipment are synced, the Bluetooth® icon on the equipment's console display will light up. Click "DISPLAY", you may now start using your Spirit + App.
5.  When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. You will be prompted to sync your data with each available fitness cloud site. Please note, you will have to download the applicable compatible fitness App, such as Apple Health, Google Fit, MapMyFitness, Fitbit, etc., for the icon to be active and available.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

|  | The new SPIRIT+ allows users to access workout records from the treadmill, exercise bike, or elliptical once an SPIRIT+ account is linked to the SPIRIT Fitness equipment.<br>The key features of the SPIRIT+ include:<br>1. Workout history on the go – sync and review workout history once the SPIRIT+ account is linked to any SPIRIT Fitness equipment<br>2. Access to the in-depth summary of each workout session<br>3. Keep track of the workout progress to stay motivated<br>4. Unlock achievements by reaching your personal fitness milestones<br>5. Integrates with Apple Health to sync workouts and record data<br>https://apps.apple.com/us/app/spirit/id1544893774 |
| --- | --- |



https://www.sweatband.com/blogs/active/explore-the-spirit-fitness-training-apps