# Exhibit 4

Method Claim: 1

| US9288610B2 | Spirit XT285 Treadmill ("The accused product") |
|---|---|
| 1. A method for automatically changing information originating from at least one of a first user and a second user by using a communication device, the method comprising steps of: | The accused product discloses a method for automatically changing information (e.g., real time workout data, etc.) originating from at least one of a first user (e.g., an owner of the accused product) and a second user by using a communication device (e.g., a mobile device with Spirit+ app installed).<br><br>As shown below, the accused product connects with a mobile device having the Spirit+ app installed using Bluetooth. When the user opens the app and connects to the accused product, the accused product transmits workout data, such as workout statistics, heartrate, calories, etc. Further, the mobile device receives and updates the workout data in real time, thereby modifying its existing information (e.g., automatically changing information). |



https://www.spiritfitness.com/residential/treadmills/xt285-treadmill



https://www.spiritfitness.com/spirit-app

https://play.google.com/store/apps/details?id=com.soletreadmills.spirit_v2



https://www.spiritfitness.com/spirit-app

As shown below, the accused product continuously transmits data such as workout metrics (e.g., automatically changing information) to the mobile device.

# Explore The SPIRIT+ App

With the SPIRIT+ App, you can plan training, track progress, set your fitness goals, and store all of your training data in one place. Athletes can also gain instant insights during workouts and check real-time stats of their runs, walks, and bike rides.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/

The SPIRIT+ mobile app makes it simple for users to monitor their workouts in real-time – all with in-depth stats and reports. This ensures that athletes always have quick access to the information they need to improve their performance.

https://www.spiritfitness.com/blog/experience-connected-fitness-with-the-spirit-mobile-app/

 **SPIRIT+**

About this app



The new SPIRIT+ allows users to access workout records from the treadmill, exercise bike, or elliptical once an SPIRIT+ account is linked to the SPIRIT Fitness equipment.

The key features of the SPIRIT+ include:
*Workout history on the go – sync and review workout history once the SPIRIT+ account is linked to any SPIRIT Fitness equipment
*Access to the in-depth summary of each workout session
*Keep track of the workout progress to stay motivated
*Unlock achievements by reaching your personal fitness milestones

https://play.google.com/store/apps/details?id=com.soletreadmills.spirit_v2

## Learn About Our Integrated Bluetooth Technology

Did you know users can connect directly from their compatible Spirit Fitness equipment to third-party FTMS apps? Bluetooth is integrated within our compatible LCD and ENT consoles on the Spirit Fitness cardio equipment. With integration, you can better track your progress by connecting to a third-party app like Zwift or by exporting workout data to our SPIRIT+ App.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/



communication device

https://play.google.com/store/apps/details?id=com.soletreadmills.spirit_v2



https://www.spiritfitness.com/spirit-app



https://www.sweatband.com/blogs/active/explore-the-spirit-fitness-training-apps

| (a) a first communication device of the first user searching for at least one second communication | The accused product discloses a first communication device (e.g., a mobile device with Spirit+ app installed) of the first user (e.g., an owner of the accused product) searching for at least one second communication device (e.g., the accused product) of at least one second user as a target with which to perform a specific interaction (e.g., tapping Bluetooth icon, etc) within a predetermined distance (e.g., distance between the mobile device and the accused product) therefrom or searching for at least one second communication device (e.g., the accused product) connected to an access point (AP), an ad-hoc network, or a base station of a cellular |
|---|---|

| | |
|---|---|
| device of at least one second user as a target with which to perform a specific interaction within a predetermined distance therefrom or searching for at least one second communication device connected to an access point (AP), an ad-hoc network, or a base station of a cellular network to which the first communication device is connected; | network to which the first communication device is connected. <br><br> As shown below, the remote controller (first communication device) searches for the accused product (second communication device) within a predefined range of 5 feet (e.g., a predetermined distance) during the pairing process to establish a connection. <br><br>  <br><br> https://play.google.com/store/apps/details?id=com.mynextbase.connect&hl=en_US |



https://www.spiritfitness.com/spirit-app



second communication device

https://www.spiritfitness.com/residential/treadmills/xt285-treadmill



https://www.spiritfitness.com/spirit-app

https://play.google.com/store/apps/details?id=com.soletreadmills.spirit_v2

Which Spirit models have built-in Bluetooth that can pair with Spirit+? ⌃

The following Spirit products include built-in Bluetooth and can pair directly with the Spirit+ app:

Treadmills

- XT285

https://www.spiritfitness.com/spirit-app



To connect a machine with built-in Bluetooth FTMS capabilities to the SPIRIT+ app:

1. Login to the SPIRIT+ app on your mobile device.

2. Tap on the Bluetooth icon in the upper right corner of the app.

3. The app will automatically search for nearby devices/machines that are Bluetooth-enabled in order to connect with them. Stand within 5 feet of your machine to ensure connection.

   distance

4. When a device is discovered, you will be notified on the screen and can then pair it to the app.



https://www.spiritfitness.com/spirit-app

## USING THE SPIRIT+ APP

In order to help you achieve your exercise goals, your new exercise machine comes equipped with a Bluetooth® transceiver that will allow it to interact with selected phones or tablet computers via the Spirit+ App. Just download the free Spirit+ App from the Apple Store or Google Play, and then follow the instructions in the App to sync with your exercise machine.

Press the "DISPLAY" button from the APP to view the display of the current workout data. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. The Spirit + App also allows you to sync your workout data with one of many fitness cloud sites we support: Apple Health, Google Fit, MapMyFitness or Fitbit, with more to come.

1. Download the App by scanning the QR code on the right.
2. Open the App on your device (phone or tablet) and make sure Bluetooth® is enabled on your device (phone or tablet).
3. In the App click the Bluetooth® icon to search for your Spirit + equipment.
4. Under the Bluetooth® scan result list, select the machine for connect. When the App and equipment are synced, the Bluetooth® icon on the equipment's console display will light up. Click "DISPLAY", you may now start using your Spirit + App.
5. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. You will be prompted to sync your data with each available fitness cloud site. Please note, you will have to download the applicable compatible fitness App, such as Apple Health, Google Fit, MapMyFitness, Fitbit, etc., in order for the icon to be active and available.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

| (a0) selecting at least one specific second communication device from among the | The accused product discloses selecting at least one specific second communication device (e.g., selecting the detected accused product) from among the searched at least one second communication device (e.g., the accused product) to change the user-originating information (e.g., real time workout data, etc.). |
| | As shown below, the accused product is selected using the mobile device running the Spirit+ |

| | |
|---|---|
| searched at least one second communication device to change the user-originating information; | app from among detected devices during the Bluetooth pairing process. Further, when the user connects to the network and taps Bluetooth icon (e.g., a specific interaction), the accused product continuously transmits workout data such as workout statistics, heart rate, calories, etc. to the mobile device.<br><br>## Learn About Our Integrated Bluetooth Technology<br><br>Did you know users can connect directly from their compatible Spirit Fitness equipment to third-party FTMS apps? Bluetooth is integrated within our compatible LCD and ENT consoles on the Spirit Fitness cardio equipment. With integration, you can better track your progress by connecting to a third-party app like Zwift or by exporting workout data to our SPIRIT+ App.<br><br>https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/ |

# USING THE SPIRIT+ APP

In order to help you achieve your exercise goals, your new treadmill comes equipped with a Bluetooth® transceiver that will allow it to interact with selected phones or tablet computers via the Spirit+ App. Just download the free Spirit+ App from the Apple Store or Google Play, and then follow the instructions in the App to sync with your treadmill.

Press the "DISPLAY" button from the APP to view the display of the current workout data. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. The Spirit +App also allows you to sync your workout data with one of many fitness cloud sites we support Apple Health, Google Fit, MapMyFitness or Fitbit, with more to come.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

2. Open the App on your device (phone or tablet) and make sure Bluetooth® is enabled on your device (phone or tablet).

3. In the App click the Bluetooth® icon to search for your Spirit + equipment.

4. Under the Bluetooth® scan result list, select the treadmill for connection. When the App and equipment are synced, the Bluetooth® icon on the equipment's console display will light up. Click "DISPLAY", you may now start using your Spirit + App.

*selecting at least one specific second communication device*

5. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. You will be prompted to sync your data with each available fitness cloud site. Please note, you will have to download the applicable compatible fitness App, such as Apple Health, Google Fit, MapMyFitness, Fitbit, etc., for the icon to be active and available.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

| | |
|---|---|
| | The new SPIRIT+ allows users to access workout records from the treadmill, exercise bike, or elliptical once an SPIRIT+ account is linked to the SPIRIT Fitness equipment. <br> The key features of the SPIRIT+ include: <br> 1. Workout history on the go – sync and review workout history once the SPIRIT+ account is linked to any SPIRIT Fitness equipment <br> 2. Access to the in-depth summary of each workout session <br> 3. Keep track of the workout progress to stay motivated <br> 4. Unlock achievements by reaching your personal fitness milestones <br> 5. Integrates with Apple Health to sync workouts and record data <br><br> https://apps.apple.com/us/app/spirit/id1544893774 |
| (b) the first communication device transmitting to, or receiving from, the specific second communication device data related to a specific interaction, if a | The accused product discloses the first communication device (e.g., a mobile device with Spirit+ app installed) transmitting to or receiving (e.g., receiving real time workout data) from, the specific second communication device (e.g., the accused product) data (e.g., real time workout data, etc.) related to a specific interaction, if a specified touch gesture (e.g., tapping Bluetooth icon) is detected in the first communication device (e.g., a mobile device with Spirit+ app installed). <br><br> As shown below, when a user taps the Bluetooth button (e.g., touch gesture) on the mobile device with Spirit+ app, it initiates the pairing process. Further, when the user connects to the network, the accused product continuously transmits workout data such as workout statistics, heart rate, calories, etc. to the mobile device. |

| | |
|---|---|
| specified touch gesture is detected in the first communication device; and<br><br>**Col 4: lines 33-37**<br><br>*First, the touch screen 210 may perform a function of receiving a touch gesture from the user. The touch screen 210 reads a touch position of the user. The control part 250 may determine a type of touch gesture, e.g., tap, long-press, drag, or swipe gestures, by using the read touch position.* | first communication device<br><br>**CLASSES**<br><br>**SMART TRAINING MADE SIMPLE WITH AN EASY-TO-USE APP**<br><br>In-app features designed with the individual in mind. Easily sort by trainer, category, intensity, and duration. Track your progress, review trends, and set goals. All workout classes are easily accessible on-demand from the app, so you can train no matter where you are.<br><br>https://www.spiritfitness.com/spirit-app |



second communication device

https://www.spiritfitness.com/residential/treadmills/xt285-treadmill



https://www.spiritfitness.com/spirit-app

# Learn About Our Integrated Bluetooth Technology

Did you know users can connect directly from their compatible Spirit Fitness equipment to third-party FTMS apps? Bluetooth is integrated within our compatible LCD and ENT consoles on the Spirit Fitness cardio equipment. With integration, you can better track your progress by connecting to a third-party app like Zwift or by exporting workout data to our SPIRIT+ App.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/

# USING THE SPIRIT+ APP

In order to help you achieve your exercise goals, your new treadmill comes equipped with a Bluetooth® transceiver that will allow it to interact with selected phones or tablet computers via the Spirit+ App. Just download the free Spirit+ App from the Apple Store or Google Play, and then follow the instructions in the App to sync with your treadmill.

Press the "DISPLAY" button from the APP to view the display of the current workout data. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. The Spirit + App also allows you to sync your workout data with one of many fitness cloud sites we support Apple Health, Google Fit, MapMyFitness or Fitbit, with more to come.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

2. Open the App on your device (phone or tablet) and make sure Bluetooth® is enabled on your device (phone or tablet).

3. In the App click the Bluetooth® icon to search for your Spirit + equipment. — touch gesture

4. Under the Bluetooth® scan result list, select the treadmill for connection. When the App and equipment are synced, the Bluetooth® icon on the equipment's console display will light up. Click "DISPLAY", you may now start using your Spirit + App.

5. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. You will be prompted to sync your data with each available fitness cloud site. Please note, you will have to download the applicable compatible fitness App, such as Apple Health, Google Fit, MapMyFitness, Fitbit, etc., for the icon to be active and available.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

To connect a machine with built-in Bluetooth FTMS capabilities to the SPIRIT+ app:

1. Login to the SPIRIT+ app on your mobile device.

2. Tap on the Bluetooth icon in the upper right corner of the app. ——— touch gesture

3. The app will automatically search for nearby devices/machines that are Bluetooth-enabled in order to connect with them. Stand within 5 feet of your machine to ensure connection.

4. When a device is discovered, you will be notified on the screen and can then pair it to the app.

5. Once recognized, your devices will be saved in the 'My Devices' list for future convenience.

https://www.spiritfitness.com/spirit-app

| (c) at least one of the first and the second communication devices allowing a server to update the information originating from at least one of the first user and the second user | The accused product discloses at least one of the first (e.g., a mobile device with Spirit+ app installed) and the second communication devices (e.g., the accused product) allowing a server (e.g., a server of the Spirit+ app) to update the information (e.g., real time workout data, etc.) originating from at least one of the first user (e.g., an owner of the accused product) and the second user stored in the server or a storage device interacted with the server (e.g., server of the Spirit+ application) by referring to the transmitted data (e.g., real time workout data, etc.) related to the specific interaction (e.g., tapping Bluetooth icon).<br><br>As shown below, the mobile device with Spirit+ app installed receives real time workout data, such as workout statistics, heartrate, calories, etc. from the accused product after connecting via Bluetooth. It sends the stored workout data to supported fitness cloud servers and syncs the |

| | |
|---|---|
| stored in the server or a storage device interacted with the server by referring to the transmitted data related to the specific interaction, | workout data in real time.<br><br>## Learn About Our Integrated Bluetooth Technology<br><br>Did you know users can connect directly from their compatible Spirit Fitness equipment to third-party FTMS apps? Bluetooth is integrated within our compatible LCD and ENT consoles on the Spirit Fitness cardio equipment. With integration, you can better track your progress by connecting to a third-party app like Zwift or by exporting workout data to our SPIRIT+ App.<br><br>https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/ |

# USING THE SPIRIT+ APP

In order to help you achieve your exercise goals, your new treadmill comes equipped with a Bluetooth® transceiver that will allow it to interact with selected phones or tablet computers via the Spirit+ App. Just download the free Spirit+ App from the Apple Store or Google Play, and then follow the instructions in the App to sync with your treadmill.

Press the "DISPLAY" button from the APP to view the display of the current workout data. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. The Spirit + App also allows you to sync your workout data with one of many fitness cloud sites we support Apple Health, Google Fit, MapMyFitness or Fitbit, with more to come.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

1.  Download the App by scanning the QR code on the right.
2.  Open the App on your device (phone or tablet) and make sure Bluetooth® is enabled on your device (phone or tablet).
3.  In the App click the Bluetooth® icon to search for your Spirit + equipment.
4.  Under the Bluetooth® scan result list, select the treadmill for connection. When the App and equipment are synced, the Bluetooth® icon on the equipment's console display will light up. Click "DISPLAY", you may now start using your Spirit + App.
5.  When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. You will be prompted to sync your data with each available fitness cloud site. Please note, you will have to download the applicable compatible fitness App, such as Apple Health, Google Fit, MapMyFitness, Fitbit, etc., for the icon to be active and available.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

| | The new SPIRIT+ allows users to access workout records from the treadmill, exercise bike, or elliptical once an SPIRIT+ account is linked to the SPIRIT Fitness equipment.<br>The key features of the SPIRIT+ include:<br>1. Workout history on the go – sync and review workout history once the SPIRIT+ account is linked to any SPIRIT Fitness equipment<br>2. Access to the in-depth summary of each workout session<br>3. Keep track of the workout progress to stay motivated<br>4. Unlock achievements by reaching your personal fitness milestones<br>5. Integrates with Apple Health to sync workouts and record data<br>https://apps.apple.com/us/app/spirit/id1544893774<br><br>**How does Spirit Fitness equipment connect to apps?**    ✕<br><br>Spirit machines with built-in Bluetooth FTMS can connect directly to our SPIRIT+ app, which is then able to integrate directly with your favorite fitness apps. Follow the instructions for each app to share workout data from the SPIRIT+ app to your preferred application(s).<br><br>https://www.spiritfitness.com/connectivity |
|---|---|
| wherein the first communication device searches | The accused product discloses wherein the first communication device (e.g., a mobile device with Spirit+ app installed) searches for the at least one second communication device (e.g., the accused product) based on whether the at least one second communication |

| | |
|---|---|
| for the at least one second communication device based on whether the at least one second communication device has a certain application program that is related to the specific interaction, and | device (e.g., the accused product) has a certain application program (e.g., software module) that is related to the specific interaction (e.g., tapping Bluetooth icon).<br><br>As shown below, the accused product supports Bluetooth real-time transmission, allowing a mobile device running the Spirit+ app to discover and connect only to the accused product. Thus, when the user taps the Bluetooth icon, the mobile device receives workout data such as workout statistics, heart rate, calories, etc. from the accused product and displays it in the Spirit+ app where the information continues to update automatically in real time.<br><br><br><br>https://www.spiritfitness.com/spirit-app |



https://play.google.com/store/apps/details?id=com.soletreadmills.spirit_v2



https://www.spiritfitness.com/spirit-app



https://www.spiritfitness.com/residential/treadmills/xt285-treadmill

As shown below, the accused product continuously transmits data such as workout metrics (e.g., automatically changing information) to the mobile device.

# Explore The SPIRIT+ App

With the SPIRIT+ App, you can plan training, track progress, set your fitness goals, and store all of your training data in one place. Athletes can also gain instant insights during workouts and check real-time stats of their runs, walks, and bike rides.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/

# Learn About Our Integrated Bluetooth Technology

Did you know users can connect directly from their compatible Spirit Fitness equipment to third-party FTMS apps? Bluetooth is integrated within our compatible LCD and ENT consoles on the Spirit Fitness cardio equipment. With integration, you can better track your progress by connecting to a third-party app like Zwift or by exporting workout data to our SPIRIT+ App.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/

To connect a machine with built-in Bluetooth FTMS capabilities to the SPIRIT+ app:

1. Login to the SPIRIT+ app on your mobile device.

2. Tap on the Bluetooth icon in the upper right corner of the app.

3. The app will automatically search for nearby devices/machines that are Bluetooth-enabled in order to connect with them. Stand within 5 feet of your machine to ensure connection.

4. When a device is discovered, you will be notified on the screen and can then pair it to the app.

5. Once recognized, your devices will be saved in the 'My Devices' list for future convenience.

https://www.spiritfitness.com/spirit-app

# USING THE SPIRIT+ APP

In order to help you achieve your exercise goals, your new treadmill comes equipped with a Bluetooth® transceiver that will allow it to interact with selected phones or tablet computers via the Spirit+ App. Just download the free Spirit+ App from the Apple Store or Google Play, and then follow the instructions in the App to sync with your treadmill.

Press the "DISPLAY" button from the APP to view the display of the current workout data. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. The Spirit + App also allows you to sync your workout data with one of many fitness cloud sites we support Apple Health, Google Fit, MapMyFitness or Fitbit, with more to come.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

|  | 1. Download the App by scanning the QR code on the right.<br>2. Open the App on your device (phone or tablet) and make sure Bluetooth® is enabled on your device (phone or tablet).<br>3. In the App click the Bluetooth® icon to search for your Spirit + equipment.<br>4. Under the Bluetooth® scan result list, select the treadmill for connection. When the App and equipment are synced, the Bluetooth® icon on the equipment's console display will light up. Click "DISPLAY", you may now start using your Spirit + App.<br>5. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. You will be prompted to sync your data with each available fitness cloud site. Please note, you will have to download the applicable compatible fitness App, such as Apple Health, Google Fit, MapMyFitness, Fitbit, etc., for the icon to be active and available.<br>https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf |
| --- | --- |

The new SPIRIT+ allows users to access workout records from the treadmill, exercise bike, or elliptical once an SPIRIT+ account is linked to the SPIRIT Fitness equipment.

The key features of the SPIRIT+ include:

1. Workout history on the go – sync and review workout history once the SPIRIT+ account is linked to any SPIRIT Fitness equipment
2. Access to the in-depth summary of each workout session
3. Keep track of the workout progress to stay motivated
4. Unlock achievements by reaching your personal fitness milestones
5. Integrates with Apple Health to sync workouts and record data

https://apps.apple.com/us/app/spirit/id1544893774



https://www.sweatband.com/blogs/active/explore-the-spirit-fitness-training-apps

| wherein the first communication device selects the specific second communication device where the certain | The accused product discloses wherein the first communication device (e.g., a mobile device with Spirit+ app installed) selects the specific second communication device (e.g., the accused product) where the certain application (e.g., software module of the accused product) is turned on in either the background (e.g., internally) or the foreground, if there are multiple second communication devices (e.g., the accused product) searched.<br><br>As shown below, the accused product supports Bluetooth real-time transmission, allowing a |
|---|---|

| | |
|---|---|
| application is turned on in either the background or the foreground, if there are multiple second communication devices searched. | mobile device running the Spirit+ app to discover and connect only to the accused product. Thus, when the user taps the Bluetooth icon, the mobile device receives workout data such as workout statistics, heart rate, calories, etc. from the accused product and displays it in the Spirit+ app where the information continues to update automatically in real time.  https://www.spiritfitness.com/spirit-app |



https://play.google.com/store/apps/details?id=com.soletreadmills.spirit_v2



https://www.spiritfitness.com/spirit-app



https://www.spiritfitness.com/residential/treadmills/xt285-treadmill

As shown below, the accused product continuously transmits data such as workout metrics (e.g., automatically changing information) to the mobile device.

# Explore The SPIRIT+ App

With the SPIRIT+ App, you can plan training, track progress, set your fitness goals, and store all of your training data in one place. Athletes can also gain instant insights during workouts and check real-time stats of their runs, walks, and bike rides.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/

# Learn About Our Integrated Bluetooth Technology

Did you know users can connect directly from their compatible Spirit Fitness equipment to third-party FTMS apps? Bluetooth is integrated within our compatible LCD and ENT consoles on the Spirit Fitness cardio equipment. With integration, you can better track your progress by connecting to a third-party app like Zwift or by exporting workout data to our SPIRIT+ App.

https://www.spiritfitness.com/blog/discover-the-new-spirit-fitness-connectivity-page/

To connect a machine with built-in Bluetooth FTMS capabilities to the SPIRIT+ app:

1. Login to the SPIRIT+ app on your mobile device.

2. Tap on the Bluetooth icon in the upper right corner of the app.

3. The app will automatically search for nearby devices/machines that are Bluetooth-enabled in order to connect with them. Stand within 5 feet of your machine to ensure connection.

4. When a device is discovered, you will be notified on the screen and can then pair it to the app.

5. Once recognized, your devices will be saved in the 'My Devices' list for future convenience.

https://www.spiritfitness.com/spirit-app

# USING THE SPIRIT+ APP

In order to help you achieve your exercise goals, your new treadmill comes equipped with a Bluetooth® transceiver that will allow it to interact with selected phones or tablet computers via the Spirit+ App. Just download the free Spirit+ App from the Apple Store or Google Play, and then follow the instructions in the App to sync with your treadmill.

Press the "DISPLAY" button from the APP to view the display of the current workout data. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. The Spirit + App also allows you to sync your workout data with one of many fitness cloud sites we support Apple Health, Google Fit, MapMyFitness or Fitbit, with more to come.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

1. Download the App by scanning the QR code on the right.
2. Open the App on your device (phone or tablet) and make sure Bluetooth® is enabled on your device (phone or tablet).
3. In the App click the Bluetooth® icon to search for your Spirit + equipment.
4. Under the Bluetooth® scan result list, select the treadmill for connection. When the App and equipment are synced, the Bluetooth® icon on the equipment's console display will light up. Click "DISPLAY", you may now start using your Spirit + App.
5. When your exercise is complete, choose "END & SAVE WORKOUT" to store the workout data. You will be prompted to sync your data with each available fitness cloud site. Please note, you will have to download the applicable compatible fitness App, such as Apple Health, Google Fit, MapMyFitness, Fitbit, etc., for the icon to be active and available.

https://data2.manualslib.com/cpdf/73/361/36079/032381.pdf

The new SPIRIT+ allows users to access workout records from the treadmill, exercise bike, or elliptical once an SPIRIT+ account is linked to the SPIRIT Fitness equipment.

The key features of the SPIRIT+ include:

1. Workout history on the go – sync and review workout history once the SPIRIT+ account is linked to any SPIRIT Fitness equipment
2. Access to the in-depth summary of each workout session
3. Keep track of the workout progress to stay motivated
4. Unlock achievements by reaching your personal fitness milestones
5. Integrates with Apple Health to sync workouts and record data

https://apps.apple.com/us/app/spirit/id1544893774



https://www.sweatband.com/blogs/active/explore-the-spirit-fitness-training-apps